Montgomery Ward and Company, Inc., Appellant, v. Robert G. Tarr. Boston Dental X-Ray Laboratory, Appellee.

Gen. No. 40,569.

opinion filed October 3, 1939. J. I. SPERLING, for appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."